UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) 3:12-CV-10-30091-KPN |
| v. | )<br>) |
| C&S WHOLESALE GROCERS, INC. | )<br>)<br>) |
| Defendant. | ) |

## ORDER

The United States of America and C & S Wholesale Grocers, Inc. having filed a Joint Stipulation Terminating Consent Decree, which jointly stipulates that C&S has complied with the requirements for termination of the Consent Decree entered by this Court on July 26, 2012, and the United States of America having filed an assented to Motion to Terminate Consent Decree, the Joint Stipulation is hereby approved by the court and the Motion to Terminate Consent Decree is hereby granted this 22 day of May, 2014.

IT IS SO ORDERED

/s/ Kenneth P. Neiman

Kenneth P. Neiman
United States Magistrate Judge